IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DISCIPLINE OF                             )
PAUL LUVARA, ATTORNEY                            )
REGISTRATION NUMBER 331040, A                    )
MEMBER OF THE BAR OF THE UNITED                  )   Misc. No. 25-mc-839
STATES DISTRICT COURT FOR THE                    )
WESTERN DISTRICT OF                              )
PENNSYLVANIA                                     )

## **ORDER**

WHEREAS, after Attorney Luvara was temporarily suspended from the Bar of the Commonwealth of Pennsylvania, by order of the Supreme Court of Pennsylvania dated July 16, 2025 entered in Disciplinary Proceeding Number 85 DB 2025, this Court issued an Order to Show Cause dated July 28, 2025 which afforded Attorney Luvara an opportunity, in accordance with this Court's Local Rules, to show good cause why an identical and reciprocal order of temporary suspension should not be entered by this Court (ECF #1);

WHEREAS the Clerk of Court received proof of delivery of the Order to Show Cause to Attorney Luvara at the address on record with the Clerk of Court and also sent the Order to Show Cause via electronic mail the primary email address associated with Attorney Luvara's CM/ECF user account with this Court, which communication was not returned as undeliverable; and

WHEREAS Attorney Luvara has filed no response to the Order to Show Cause.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Luvara is reciprocally temporarily suspended from the Bar of the United States District Court for the Western District of Pennsylvania;

IT IS FURTHER ORDERED that the Clerk of Court shall suspend Attorney Luvara's CM/ECF User Accounts and identify Attorney Luvara as being temporarily suspended in the Court's attorney admission records; and

IT IS FINALLY ORDERED that Attorney Luvara must file a Petition for Reinstatement with the Clerk of Court before he can resume the practice of law before this Court. LCvR 83.3G. Because suspension of Attorney Luvara's CM/ECF User Account will prevent him from filing documents electronically, Attorney Luvara will be required to submit all papers for filing, including any Petition for Reinstatement, to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents could not be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Luvara via First Class Mail at the mailing address that he maintains with the Clerk of Court and via electronic mail sent to the primary email address associated with Attorney Luvara's CM/ECF user account with this Court.

Dated: September 11, 2025              /s/ Mark R. Hornak
                                       Mark R. Hornak
                                       Chief United States District Judge